IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SAMORA AHMED HASANI EDWARDS,

    Petitioner,

vs.

CIVIL ACTION NO.: CV205-206

JOSE VASQUEZ, Warden,

    Respondent.

## ORDER

Petitioner has filed a "Motion for Full Closure, Settlement and Final Remedy." Petitioner asserts that the Respondent's response to his petition for habeas relief exhibits no evidence demonstrating issues of law and that judgment should immediately be entered in this favor. Petitioner's motion is **dismissed**. The Court will consider Petitioner's request for habeas relief in the usual course of business of the Court.

**SO ORDERED**, this 12th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)