AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SAMORA AHMED HASANI EDWARDS

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:  CV205-206

JOSE VASQUEZ, WARDEN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order entered April 18, 2006, adopting the Report and Recommendation of the Magistrate Judge dismissing the petition for writ of habeas corpus and dismissing Petitioner's Motion for Summary Judgment;  Judgment of dismissal is hereby entered and this case stands dismissed.

| April 18, 2006 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03